**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Wallis Alan, Ltd. |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 74-2697718 |

**4. Debtor's address**

**Principal place of business**

8521 N. New Braunfels, Suite 105
San Antonio, TX 78218
Number, Street, City, State & ZIP Code

Bexar
County

**Mailing address, if different from principal place of business**

c/o J. Patrick Lowe, Chapter 7 Trustee
for New Opportunities, Inc.
2402 East Main Street
Uvalde, TX 78801
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Wallis Alan, Ltd.**                                                Case number *(if known)* _____

     Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

         **5222**

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

    ☑ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ☑ No.

    ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

| Debtor | **Wallis Alan, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Wallis Alan, Ltd.**
Name _____  Case number (*if known*) _____

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Wallis Alan, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2021**
            MM / DD / YYYY

**X** **/s/ J. Patrick Lowe, Chapter 7 Trustee**          **J. Patrick Lowe, Chapter 7 Trustee**
     Signature of authorized representative of debtor          Printed name

Title    **on behalf of its General Partner,**
       **New Opportunities, Inc.**

**18. Signature of attorney**

**X** **/s/ Kell C. Mercer**              Date   **April 19, 2021**
     Signature of attorney for debtor                 MM / DD / YYYY

**Kell C. Mercer**
Printed name

**Kell C. Mercer, P.C.**
Firm name

**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
Number, Street, City, State & ZIP Code

Contact phone   **(512) 627-3512**      Email address   **kell.mercer@mercer-law-pc.com**

**Tex. Bar No. 24007668**
Bar number and State

Debtor **Wallis Alan, Ltd.**
_____  Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION
_____

Case number (*if known*) _____  Chapter  **7**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Casey James, Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Texas, San Antonio Division** | When | 1/19/21 | Case number, if known | |
| Debtor | **New Opportunities, Inc.** | | | Relationship to you | **General Partner** |
| District | **Western District of Texas, San Antonio Division** | When | **1/07/21** | Case number, if known | **21-50018-rbk** |
| Debtor | **New Opportunities, Inc.** | | | Relationship to you | **General Partner** |
| District | **Western District of Texas, San Antonio Division** | When | **1/13/21** | Case number, if known | **21-50044-rbk** |

# United States Bankruptcy Court
## Western District of Texas, San Antonio Division

In re   __Wallis Alan, Ltd._____   Case No. _____
                                         Debtor(s)        Chapter   __7_____

# VERIFICATION OF CREDITOR MATRIX

I, J. Patrick Lowe, the Chapter 7 Trustee of New Opportunities, Inc., the General Partner of the partnership named as the debtor in

this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge based upon the information

in the Schedules and Statement of Financial Affairs filed for New Opportunities, Inc., and the Notes and Statement of Limitations,

methodologies, and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs.


Date:   __April 19, 2021_____        __/s/ J. Patrick Lowe, Chapter 7 Trustee_____
                                           **J. Patrick Lowe, Chapter 7 Trustee/On behalf of General Partner**
                                           **New Opportunities, Inc.**
                                           Signer/Title

New Opportunities Inc.
8531 N. New Braunfels, Suite 105
San Antonio, TX 78217-6365

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

8531 N. NEW BRAUNFELS
8531 N. NEW BRAUNFELS #105
SAN ANTONIO, TX 78217-6365

ADAMS, BILLY
P.O. BOX 353
SOMERSET, TX 78069-0353

ANDERSON, KAY
P.O. BOX 473
LEAKEY, TX 78873-0473

ANDERSON, SUZANNE
135 PIN OAK LANE
HEMPSTEAD, TX 77445-9312

Antonio A. Zardenetta
3211 Canaveral
San Antonio, Texas 78217-4008

April Caleen Smith
PO Box 699
Somerset, TX 78069-0699

Arlene Mahan
7310 Robin Rest
San Antonio, TX 78209-3537

Art Mahan Sr. or Elizabeth A. Gomez
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Art Mahan, Sr. or Elizabeth A. Gomez
752 Eastview Dr.
Canyon Lake, TX 78133-6459

BARRERA, JOSE
10222 SEVERN
SAN ANTONIO, TX 78217-3943

BASKIN LIVING TRUST
113 JAVELINA TRAIL
BASTROP, TX 78602-3976

BISHOP, JACOB
131 WESTWOOD WAY
SAN ANTONIO, TX 78218-1717

BISHOP, LAURA
131 WESTWOOD
SAN ANTONIO, TX 78218-1717

BISHOP, SAMUEL
131 WESTWOOD
SAN ANTONIO, TX 78218-1717

BLACKMAN, ETHAN
P.O. BOX 275
LEAKEY, TX 78873-0275

BLACKMAN, LISA
1653 US HWY 83 S
LEAKEY, TX 78873-3025

BONEBRAKE, MARY
3630 CARMEL DR.
CASPER, WY 82604-4950

BRICE, BILLY JR
17402 W. LAKEROSE CT.
CYPRESS, TX 77429-6726

BRICE, LINDA
13937 BARROW CLIFF LANE
CYPRESS, TX 77429-6649

BRICE, VIRGINIA
17402 W. LAKEROSE CT.
CYPRESS, TX 77429-6726

BROWN, NANCY
6926 SCENIC SUNSET
SAN ANTONIO, TX 78249-3515

Barbara Legler
218 Buckeye Dr
Katy, TX 77450-1508

Barbara Woodriff and Peter Guenther
c/o Patrick H. Autry
Branscomb PLLC
4630 North Loop 1604 East, #206
San Antonio, TX  78249

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205-1588

Birgit Rodriguez
7127 Westboro Place
7127 Westboro Place
San Antonio, TX 78229-4131

Bonnie W Smith
2788 Indian Wells Dr
Kerrville, TX 78028-8056

CADENA, J. DON
3111 QUAKERTOWN
SAN ANTONIO, TX 78230-3432

CALVIN, MIKE
3007 SIR PHILLIP
SAN ANTONIO, TX 78209-3516

CHISUM FAMILY TRUST
P.O. BOX 337
LEAKEY, TX 78873-0337

CLEVELAND, CANDICE
14426 BROOKHOLLOW BLVD.
SAN ANTONIO, TX 78232-3830

CLEVELAND, CLAUDIA
21582 FM 1954
HOLLIDAY, TX 76366-3960

CLEVELAND, ELIZABETH
3110 WRIGHT ST. #B
AUSTIN, TX 78704-2834

CLEVELAND, GEORGE
1508 ANDRIA
WICHITA FALLS, TX 76302-3512

CLEVELAND, MARTHA
63 WOLFETON WAY
SAN ANTONIO, TX 78218-6034

CLEVELAND, TED
63 WOLFETON WAY
SAN ANTONIO, TX 78218-6034

CONWAY, KAREN
P.O. BOX 483
HARPER, TX 78631-0483

CRABTREE, DONNA
6306 STABLE BROOK
SAN ANTONIO, TX 78249-4600

CRITTELL, CARL AND MARY
314 CENTERWAY
SAN ANTONIO, TX 78233-6504

CZARNECKI, JOSHUA
16406 PEMOAK
SAN ANTONIO, TX 78240-5607

CZARNECKI, JULIE
16406 PEMOAK DR.
SAN ANTONIO, TX 78240-5607

CZARNECKI, KAYLEE
16406 PEMOAK
SAN ANTONIO, TX 78240-5607

CZARNECKI, MEAGAN
16406 PEMOAK
SAN ANTONIO, TX 78240-5607

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Carl Frank Crittell and Mary Alice Crittell
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

Carrie Smith
2309 Windswept Dr
2309 Windswept Dr
Austin, TX 78738-5497

Cassia E. Johnson
PO Box 746
Converse, TX 78109-0746

Charles S. Plummer
229 Geneseo Road
San Antonio, Texas 78209-5913

Cheryl M. Wetzel
10007 Carolwood Drive
San Antonio, TX 78213-2044

DAWSON KENDALL TRUST
129 TURNBERRY WAY
SAN ANTONIO, TX 78230-5651

DAWSON, EUGENE
29 TILBURY LANE
SAN ANTONIO, TX 78230-5639

DAWSON, MARY D.
29 TILBURY LANE
SAN ANTONIO, TX 78230-5639

DAWSON, SAM
129 TURNBERRY WAY
SAN ANTONIO, TX 78230-5651

DODERER TRUST - MARITAL
8214 ROBIN REST
SAN ANTONIO, TX 78209-2436

DODERER TRUST - REVOCABLE
8214 ROBIN REST
SAN ANTONIO, TX 78209-2436

DODERER, SYLVIA
8214 ROBIN REST
SAN ANTONIO, TX 78209-2436

DUGGER, NANCY
126 HILER
SAN ANTONIO, TX 78209-2731

Dana & Linda Roberts
114 Laural Lane
Universal City, TX 78148-3514

Dana E. & Eddie L. Roberts
114 Laural Lane
Universal City, TX 78148-3514

Dana E. Roberts
114 Laural Lane
114 Laural Lane
Universal City, TX 78148-3514

David Rodriguez
7127 Westboro Place
7127 Westboro Place
San Antonio, TX 78229-4131

Doderer Family Living Trust - Marital
c/o Sylvia Doderer, Trustee
8214 Robin Rest
San Antonio, TX 78209-2436

Doderer Revocable Trust
c/o Sylvia Doderer, Trustee
8214 Robin Rest
San Antonio, TX 78209-2436

Donna L. Crabtree
6306 STABLE BROOK DR
SAN ANTONIO, TX 78249-4600

Donna M. Valiente
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, #700
Austin, TX 78701-2531

Douglas Little
4703 HWY 2563
Gorman, TX 76454-2637

EDWARDS, ODESSA
1016 E. GRUBB
MESQUITE, TX 75149-7504

Elizabeth Plummer as Custodian for Julian Pl
c/o Lamont A. Jefferson
Jefferson Cano
112 E. Pecan, Suite 1650
San Antonio, TX 78205-8902

Estate of Odessa Edwards
1016 e grubb drive
Mesquite, TX 75149-7504

FARVER, JEFF H.
3319 FALLING BROOK
SAN ANTONIO, TX 78258-4432

FINLEON, MIKE
2127 SHADY CLIFF
SAN ANTONIO, TX 78232-3113

FISHER, JOANN
P.O. BOX 275
LEAKEY, TX 78873-0275

FRAZEE. GRETCHEN
1724 COLUMBIA PIKE
ARLINGTON, VA 22204-4604

FRIDDLE, CASS
P.O. BOX 461031
SAN ANTONIO, TX 78246-1031

FRIDDLE, CHRISTIAN D.
P.O. BOX 461031
SAN ANTONIO, TX 78246-1031

FRIDDLE, PAUL
P.O. BOX 293718
KERRVILLE, TX 78029-3718

Frankie M. Klonek
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

GARCIA, KATE
14018 PEBBLEBROOK
HOUSTON, TX 77079-5743

GILLESPIE, VICKIE
3601 NORTH HILLS BLVD.
NORTH LITTLE ROCK, AR 72116-8591

GRAHAM, SANDRA
3043 LOW OAK
SAN ANTONIO, TX 78232-1814

GRAY, HANK AND BILLIE
13922 PORT BLUFF
SAN ANTONIO, TX 78216-1931

GRIGORY, STEPHEN
9107 POWHATAN
SAN ANTONIO, TX 78230-4401

GUENTHER, PAULA
P.O. BOX 96
UKIAH, OR 97880-0096

GUENTHER, PETER
2308 10th STREET
MONROE, WI 53566-1803

Garrett M. Johnson
PO Box 746
Converse, TX 78109-0746

Garrett M. Johnson
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Gary Wheatley
c/o Law Office of William B. Kingman, P.
3511 Broadway
San Antonio, TX 78209-6513

George H. Williamson
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
3233 S. Valley View Lane
San Antonio, TX 78217-5139

Gretchen Mahan Frazee
1724 Columbia Pike
Arlington, VA 22204-4604

Gretchen Mahan Frazee
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

HALE, GRAHAM
3008 WORTH LANE
BELTON, TX 76513-8178

HALE, JAMES
229 FLEETWOOD
SAN ANTONO, TX 78232-2111

HALE, JUSTIN
202 BLUFFKNOLL
SAN ANTONIO, TX 78216

HALE, MATTHEW
10214 BRIAR ROSE DR.
HOUSTON, TX 77042-2426

HALE, SANDRA
229 FLEETWOOD
SAN ANTONIO, TX 78232-2111

HARRIS, DANIEL
2111 SMOKE TREE TRAIL
ROUND ROCK, TX 78681-2207

HARRIS, DELLA
10314 KINGS GRANT DR.
SAN ANTONIO, TX 78230-4117

HENGST, EVELYN
5120 OLD AUGER ROAD
CRISFIELD, MD 21817-2536

HENGST, MAX
5120 OLD AUGER ROAD
CRISFIELD, MD 21817-2536

HUGHES TRUST
3 HILLVIEW TERRACE
MEDWAY, MA 02053-1903

(p)HUMMEL REVOCABLE LIVING TRUST
ATTN CHERYL H HUMMEL
7609 NE 61ST CIRCLE
VANCOUVER WA 98662-4904

(p)SUANNE HUMMEL
6505A MELROSE TRAIL
APT A
AUSTIN TX 78727-6988

Harlingen City Tax Office
Village Shopping Center
609 N. 77 Sunshine Strip
Harlingen, TX 78550-8845

IZQUIERDO, ROBERTO
TIACOPAC
SAN ANGEL, MX DF 01040

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Don Cadena
3111 Quakertown Dr
San Antonio, TX 78230-3432

JBS 401K PSP
317 SIDNEY BAKER SOUTH, STE. 400-264
KERRVILLE, TX 78028-5948

JOHN BROWN
12591 BLANCHARD ROAD
ATASCOSA, TX 78002-3956

JOHNSON, CASSIA
P.O. BOX 746
CONVERSE, TX 78109-0746

JOHNSON, GARRETT
P.O. BOX 746
CONVERSE, TX 78109-0746

Jacob P. Bishop
12822 Castle George St.
San Antonio, TX 78230-2807

Jacob P. Bishop
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

James E. Mahan, Jr.
445 Copper Ridge Dr.
New Braunfels, TX 78132-3522

Jeffrey Lilly
C/O Elena P. Serna
Rosenblatt Law Firm
16731 Huebner Rd
San Antonio, Texas 78248-2351

Jeffrey M. Manship
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
3233 S. Valley View Lane
San Antonio, TX 78217-5139

Jennifer Michulka
191 Private Road 7064
Buna, TX 77612-1778

JoAnn Fisher
P O Box 275
Leakey, TX 78873-0275

JoAnn Fisher custodian for Ethan Blackman
P O Box 275
P O Box 275
Leakey, TX 78873-0275

Joshua Czarnecki
16618 Worthington
San Antonio, TX 78248-2212

Joshua Czarnecki
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Judith Paddock
1421 Skyline Dr.
Canyon Lake, TX 78133-4821

Julian & Nana Stewart
Mangement Trust
200 Patterson
San Antonio, TX 78209-6223

Julian C. and Nana B. Stewart Management Tru
c/o Lamont A. Jefferson
Jefferson Cano
112 E. Pecan, Suite 1650
San Antonio, TX 78205-8902

Julie M. Czarnecki
16406 Pemoak
San Antonio, TX 78240-5607

Julie M. Czarnecki
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, #700
Austin, TX 78701-2531

KACHMER, MIKE
1475 HILLCREST FOREST
CANYON LAKE, TX 78133-5008

KEIR, RANDY AND DIANE
12 THUNDER HOLLOW
SPRING, TX 77381-5139

KLONEK, FRANKIE
5813 ARCHWOOD
SAN ANTONIO, TX 78239-1409

KOOIMAN, RODNEY
21011 BRADBURY LANE
MABELVALE, AR 72103-8779

KOOIMAN, WILLIAM
2921 N.W. 82nd WAY
PEMBROKE PINES, FL 33024-3178

Karen Conway
P.O. Box 483, 446 Mosel Rd.
Harper, TX 78631-0483

Kay Anderson
P O Box 473
Leakey, TX 78873-0473

Kayla B. Nowak
1627 Adobe Square Dr.
San Antonio, TX 78232-4985

Kayla B. Nowak
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Kaylee N. Czarnecki
16406 Pemoak
San Antonio, TX 78240-5607

Kaylee N. Czarnecki
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

LAMB, ROBERT
27380 WEST ROAD
SPENCER, OH 44275-9402

LEGLER, BARBARA
218 BUCKEYE
KATY, TX 77450-1508

LEINWEBER, LANNY
1212 LEINWEBER BLVD.
MOUNTAIN HOME, TX 78058-1140

LEINWEBER, MARILYN
1212 LEINWEBER LANE
MOUNTAIN HOME, TX 78058-1140

LIDIAK, LAJOTA
4119 TIMBER TRAIL DR.
ARLINGTON, TX 76016-4620

LILLY REVOCABLE TRUST
11125 FM 1560
HELOTES, TX 78023-4230

LILLY, JEFF
11125 FM 1560 N
HELOTES, TX 78023-4230

LILLY, TERESA
11125 FM 1560 N
HELOTES, TX 78023-4230

LITTLE TRUST
4703 HWY 2563
GORMAN, TX 76454-2637

LITTLE, DOUGLAS
4703 HIGHWAY 2563
GORMAN, TX 76454-2637

Lanny & Marilyn Leinweber
1212 Leinweber Blvd.
Mt. Home, TX 78058-1140

Laura A. Bishop and Paul R. Bishop
131 Westwood Way
San Antonio, TX 78218-1717

Laura A. Bishop and Paul R. Bishop
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Laura M. Bishop
131 Westwood Way
San Antonio, TX 78218-1717

Laura M. Bishop
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Linda K. Roberts
114 Laural Lane
Universal City, TX 78148-3514

Linda Maxwell
P O Box 74
Boerne, TX 78006-0074

Lisa F Blackman
1653 US Hwy 83 S
1653 US Highway 83 S
Leakey, TX 78873-3025

MAHAN, ARLENE
7310 ROBIN REST
SAN ANTONIO, TX 78209-3537

MAHAN, ART
752 EASTVIEW DRIVE
CANYON LAKE, TX 78133-6459

MAHAN, JAMES JR
445 COPPER RIDGE DRIVE
NEW BRAUNFELS, TX 78132-3522

MAHAN, PETERSEN
546 HAZY HILLS LOOP
DRIPPING SPRINGS, TX 78620-2136

MANSELL, CHARISSE
10054 WHEAT RIDGE DR.
FRISCO, TX 75033-4719

MANSELL, CYLE
909 BIG EASY STREET
ODESSA, TX 79765-2295

MANSELL, MEGAN
1100 ABBOTS LANE
DENTON, TX 76205-8049

MANSHIP, JEFFREY
3406 ELM HILL ST.
SAN ANTONIO, TX 78230-2703

MANSHIP, TRISHA
3406 ELM HILL ST.
SAN ANTONIO, TX 78230-2703

MAXWELL, LINDA
P.O. BOX 74
BOERNE, TX 78006-0074

MAYFIELD, ERIC
225 HUNTER HILLS DRIVE
NEW BRAUNFELS, TX 78132-4230

MEARSE, SALLISUE
6313 NAPOLI CIRCLE
LEWISVILLE, TX 75077-8528

MICHULKA, JENNIFER
191 PR 7064
BUNA, TX 77612

MOFFETT, DARINDA
1143 SCENIC DRIVE
GRANBURY, TX 76048-5332

Margaret M. Newberry
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
3233 S. Valley View Lane
San Antonio, TX 78217-5139

Mary Polasek
5601 US HWY 181 North
Floresville, TX 78114-6282

McLAUGHLIN, KELLI
8306 LONGVIEW RD.
AUSTIN, TX 78745-7502

McWHORTER, CATHY
3945 ROBIN TRAIL
COLLEGE STATION, TX 77845-8172

Meagan A. Roberts
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Meagan M. Czarnecki
16406 Pemoak
San Antonio, TX 78240-5607

Michael F Calvin
3007 Sir Phillip
San Antonio, TX 78209-3516

Michael J. Finleon
2127 Shady Cliff
San Antonio, Texas 78232-3113

NEAL, ROBIN
5717 WINDY HOLLOW
SAN ANTONIO, TX 78239-2017

NEWBERRY, MARGARET
14511 CHADBOURNE DR.
HOUSTON, TX 77079-6525

NIEDERHOFER, G.W.
26933 MERLOT RIVER
KINGWOOD, TX 77339-1449

NIEDERHOFER, GLENDA
26933 MERLOT RIVER
KINGWOOD, TX 77339-1449

NIEMEYER, CARLA
P.O. BOX 777
LEAKEY, TX 78873-0777

NOLL, PATRICIA
135 W. ARROWHEAD
SAN ANTONIO, TX 78228-2404

NOWAK, KAYLA
131 WESTWOOD WAY
SAN ANTONIO, TX 78218-1717

Nancy Brown
6926 Scenic Sunset
San Antonio, TX 78249-3515

Nancy Brown
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Nancy Dugger
c/o Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Ste. 530
San Antonio, TX 78209-1223

Ozell Yates/Jan Yates Files
1016 E Grubb Drive
Mesquite, TX 75149-7504

PADDOCK, JUDITH
1421 SKYLINE DRIVE
CANYON LAKE, TX 78133-4821

PHILLIPS, PAIGE
131 WESTWOOD WAY
SAN ANTONIO, TX 78218-1717

PITTS, CHRISTIAN
625 CREEKSIDE WAY #1516
NEW BRAUNFELS, TX 78130-3976

PLUMMER, CHARLES
229 GENESEO
SAN ANTONIO, TX 78209-5913

PLUMMER, ELIZABETH
229 GENESEO RD.
SAN ANTONIO, TX 78209-5913

POLASEK, MARY
5601 US HWY 181 NORTH
FLORESVILLE, TX 78114-6282

PROFESSIONAL FLIGHT
3635 HAECKERVILLE RD.
CIBOLO, TX 78108-4138

Paige Bishop Phillips
131 Westwood Way
San Antonio, TX 78218-1717

Paige Bishop Phillips
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Peterson T. Mahan
546 Hazy Hills Loop
Dripping Springs, TX 78620-2136

ROBERT BRADY WATSON
454 FLIPPIN ESTS
WINDCREST TX  78239
454 FLIPPIN ESTS
WINDCREST, TX 78239-3273

ROBERTS, DANA
114 LAURAL LANE
UNIVERSAL CITY, TX 78148-3514

ROBERTS, DANA & EDDIE
114 LAURAL LANE
UNIVERSAL CITY, TX 78148-3514

ROBERTS, LINDA
114 LAURAL LANE
UNIVERSAL CITY, TX 78148-3514

ROBINSON, GIL
5150 BROADWAY #610
SAN ANTONIO, TX 78209-5710

RODRIGUEZ, BIRGIT
7127 WESTBORO PLACE
SAN ANTONIO, TX 78229-4131

RODRIGUEZ, DAVID
7127 WESTBORO PLACE
SAN ANTONIO, TX 78229-4131

Robin B Neal
5717 Windy Hollow
5717 Windy Hollow
San Antonio, TX 78239-2017

Rodney Kooiman
21011 Bradbury Ln
21011 Bradbury Ln
Mabelvale, AR 72103-8779

SALAZAR, A.R.
1026 RIVER GLEN WEST
SAN ANTONIO, TX 78216-7829

SCHAEFER, JOYCE
955 RIVERWAY
SPRING BRANCH, TX 78070-5967

SCHAEFER, MORRIS
955 RIVER WAY
SPRING BRANCH, TX 78070-5967

SIKES, CLYDE & BARBARA
30920 FIREBIRD DR.
FAIR OAKS RANCH, TX 78015-4164

SILLS, FRANK
152 COUNTRY ACRES
ADKINS, TX 78101-2700

SMITH, APRIL
P.O. BOX 699
SOMERSET, TX 78069-0699

SMITH, BONNIE
7406 MISSION TOWER
BOERNE, TX 78015-4804

SMITH, CARRIE
2309 WINDSWEPT DRIVE
AUSTIN, TX 78738-5497

SMITH, KEVIN
11603 MILE DR.
HOUSTON, TX 77065-1805

STEAGALL, JOHN
426 LOCH LOMOND
CIBOLO, TX 78108-3559

STEAGALL, Y OLANDA
426 LOCH LOMOND
CIBOLO, TX 78108-3559

STEWART MGMT TRUST
200 PATTERSON #412
SAN ANTONIO, TX 78209-6266

Samuel A. Bishop
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Samuel Alton Bishop
131 Westwood Way
San Antonio, TX 78218-1717

Sandra Baskin
113 Javelina Trail
Bastrop, TX 78602-3976

Sandra L. Graham
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
3233 S. Valley View Lane
San Antonio, TX 78217-5139

Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Steven G. Cennamo
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio TX 78209-1315

Steven G. Cennamo
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

Sylvia Doderer
8214 Robin Rest
San Antonio, TX 78209-2436

TAUSCH VENTURES
P.O. BOX 741
HELOTES, TX 78023-0741

Tammy Friddle FBO Christian D. Friddle
14914 Gateview Dr.
San Antonio, TX 78248-2701

Tammy Friddle or Tessa Friddle
FBO Cass Friddle
14914 Gateview Dr.
San Antonio, TX 78248-2701

Tausch Ventures, LLC
c/o Michael G. Colvard
Martin & Drought, P.C.
Weston Centre
112 East Pecan Street, Ste. 1616
San Antonio, TX 78205-1512

Teresa Lilly
C/O Elena P. Serna
Rosenblatt Law Firm
16731 Huebner Rd
San Antonio, Texas 78248-2351

Trisha Manship
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
3233 S. Valley View Lane
San Antonio, TX 78217-5139

United States Attorney
Taxpayer Division
601 N.W. Loop 410 Suite 600
San Antonio, TX 78216-5512

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

VALIENTE, DONNA
P.O. BOX 746
CONVERSE, TX 78109-0746

WALKER, ROBERT
1301 S. 3rd AVE., UNIT 16-A
SEQUIM, WA 98382-3959

WATSON, BRADY
454 FLIPPIN ESTATES
SAN ANTONIO, TX 78239-3273

WATSON, DONNA
454 FLIPPIN ESTATES
SAN ANTONIO, TX 78239-3273

WETZEL, CHERYL
10007 CAROLWOOD
SAN ANTONIO, TX 78213-2044

WHEATLEY, LORETTA
604 HI CIRCLE WEST
HORSESHOE BAY, TX 78657-6539

WHITBY, SANDRA
3215 MORNING TRAIL
SAN ANTONIO, TX 78247-3332

WHITBY, SANDY
3215 MORNING TRAIL
SAN ANTONIO, TX 78247-3332

WHITE, COURTNEY
3635 HAECKERVILLE RD.
CIBOLO, TX 78108-4138

WHITE, DOROTHEE
3635 HAECKERVILLE
CIBOLO, TX 78108-4138

WHITE, LARRY
162 DEAN ROAD
CIBOLO, TX 78108-1902

WHITE, TOM
3635 HAECKERVILLE
CIBOLO, TX 78108-4138

WHITE, TRAVIS
3635 HAECKERVILLE RD.
CIBOLO, TX 78108-4138

WILLIAMS, DANNY
885 FM 2538
SEGUIN, TX 78155-8301

WILLIAMSON, GEORGE
3043 LOW OAK
SAN ANTONIO, TX 78232-1814

WILSON, JANET
90 BENT OAK CIRCLE
THOMASVILLE, GA 31757-9502

WILSON, SAM
79 COLE POINT
HOSCHTON, GA 30548-4342

WOODRIFF, BARBARA
2308 10th STREET
MONROE, WI 53566-1803

William Kooiman
2921 NW 82nd Way
Cooper City, FL 33024-3178

YATES, OZELL
1016 E. GRUBB
MESQUITE, TX 75149-7504

Yolanda Pearson
3211 Canaveral
San Antonio, Texas 78217-4008

Yolanda Pearson and Antonio A. Zardenetta
Attn: Jose L. Soria
6800 Park Ten Blvd, Ste 222-N
San Antonio, Texas 78213-4299

Allen M. DeBard
Langley & Banack, Inc.
745 E Mulberry Ave, Suite 700
San Antonio, TX 78212-3172

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

HUMMEL REVOCABLE LIVING TRUST
7609 N.E. 61st CIRCLE
VANCOUVER, WA 98662-4904

HUMMEL, SUANNE
6505A MELROSE TRAIL
AUSTIN, TX 78727